**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
**DAYVON SOSTRE,**

      **Petitioner,**      **9:21-cv-207**
                    **(GLS/DJS)**
   **v.**

**ORLEANS CORRECTIONAL**
**FACILITY SUPERINTENDENT K.**
**CROWLEY,**

      **Respondent.**

| APPEARANCES: | OF COUNSEL: |
|---|---|

**FOR THE PETITIONER:**
Dayvon Sostre
Pro Se
17-A-1624
Riverview Correctional Facility
PO Box 247
Ogdensburg, NY 13699

| **FOR THE RESPONDENT:** | |
|---|---|
| HON. LETITIA JAMES | PAUL B. LYONS |
| New York State Attorney General | Assistant Attorney General |
| 28 Liberty Street | |
| New York, NY 10005 | |

**Gary L. Sharpe**
**Senior District Judge**

## ORDER

   The above-captioned matter comes to this court following a Report-

Recommendation and Order (R&R) by Magistrate Judge Daniel J. Stewart,

duly filed February 15, 2022. (Dkt. No. 29.) Following fourteen days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the R&R for clear error, it is hereby

**ORDERED** that the Report-Recommendation and Order (Dkt. No. 29) is **ADOPTED** in its entirety; and it is further

**ORDERED** that the petition (Dkt. No. 1) is **DENIED** and **DISMISSED**; and it is further

**ORDERED** that no certificate of appealability shall be issued because petitioner has failed to make a "substantial showing of the denial of a constitutional right" as required by 28 U.S.C. § 2253(c)(2); and it is further

**ORDERED** that the Clerk close this case; and it is further

**ORDERED** that the Clerk provide a copy of this Order to the parties in accordance with the Local Rules of Practice.

**IT IS SO ORDERED.**

March 15, 2022
Albany, New York

Gary L. Sharpe
U.S. District Judge